E-FILED
Thursday, 10 July, 2014 02:58:35 PM
Clerk, U.S. District Court, ILCD

FILED
JUL 10 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-30028 |
| | ) | |
| NANCY J. HUSKINS, | ) | Violation: 18 U.S.C. § 656 |
| | ) | |
| Defendant. | ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

From on or about January 1, 1996 to November 4, 2013, in the Central District of Illinois,

**NANCY J. HUSKINS,**

defendant herein, being an employee of the State Bank of Lincoln (SBL), a bank whose deposits were insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud the SBL, did knowingly and willfully embezzle and misapply the sum of approximately $1,982,685.00 from the SBL, being monies belonging to and entrusted to the custody and care of the SBL.

In violation of Title 18, United States Code, Section 656.

1

JAMES A. LEWIS
UNITED STATES ATTORNEY

s/John Childress

_____
John E. Childress
Assistant U.S. Attorney