AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
JUL 1 0 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 14-30028 |
| ) | |
| Nancy J. Huskins ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 7/10/14

s/Nancy J. Huskins
*Defendant's signature*

s/Daniel Noll
*Signature of defendant's attorney*

Daniel Noll
*Printed name of defendant's attorney*

s/Tom Schanzle-Haskins
*Judge's signature*

Tom Schanzle-Haskins, U.S. Magistrate Judge
*Judge's printed name and title*