E-FILED
Tuesday, 20 January, 2015  05:25:41 PM
Clerk, U.S. District Court, ILCD

## EMPLOYEE'S PERFORMANCE RATING

Date: October 1, 1996    Nancy Huskins
                         First Name    Last Name

Current Position Title: Teller Supervisor
Department: Operations    Date of Hire: 5/01/83

| FACTORS | EXPLANATION | QUALITY RATING | CLEARLY UNSATISFACTORY | BELOW EXPECTATIONS | SATISFACTORY | ABOVE EXPECTATIONS | CLEARLY OUTSTANDING |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE | Consider extent of knowledge of present position | | | | | X | |
| QUANTITY | Consider the volume of work produced | | | | | X | |
| QUALITY | Consider accuracy and throroughness | | | | | X | |
| COOPERATION | Consider attitude and ability to work well with others | | | | | X | |
| DEPENDABILITY | Consider extent of supervision required, including attendance and punctuality record | | | | | X | |
| JUDGMENT | Consider ability to exercise discretion and make sound decisions | | | | | X | |
| PERSONALITY | Consider mannerisms, disposition, and impression made on others | | | | | X | |

EMPLOYEE'S ATTENDANCE RECORD
☐ Poor    ☐ Fair    ☒ Good

EMPLOYEE'S PUNCTUALITY RECORD
☐ Poor    ☐ Fair    ☒ Good

REMARKS: Furnish any information which, in addition to that shown above, would be helpful in appraising this employee.

*Always willing to do more.*
*Always pleasant*
*Watch over & shortage*

REVIEWED BY: Nancy [signature]    DATE: 10/10/96
EMPLOYEE SIGNATURE: Nancy Huskins    DATE: 10-17-96

GOVERNMENT EXHIBIT 2
14-CR-30028