## EMPLOYEE'S PERFORMANCE RATING

Date 11/01/97 | Nancy Huskins
First Name    Last Name

Current Position Title Teller Supervisor
Department Operations    Date of Hire 05/01/83

| FACTORS | EXPLANATION | QUALITY RATING | CLEARLY UNSATIS- FACTORY | BELOW EXPEC- TATIONS | SATIS- FACTORY | ABOVE EXPEC- TATIONS | CLEARLY OUTSTAND- ING |
|---|---|---|---|---|---|---|---|
| KNOWLEDGE | Consider extent of knowledge of present position | | | | | X | |
| QUANTITY | Consider the volume of work produced | | | | | X | |
| QUALITY | Consider accuracy and throroughness | | | | | X | |
| COOPERATION | Consider attitude and ability to work well with others | | | | | | X |
| DEPENDABILITY | Consider extent of supervision required, including attendance and punctuality record | | | | | | X |
| JUDGMENT | Consider ability to exercise discretion and make sound decisions | | | | | X | |
| PERSONALITY | Consider mannerisms, disposition, and impression made on others | | | | | | X |

EMPLOYEE'S ATTENDANCE RECORD
☐ Poor  ☐ Fair  ☒ Good

EMPLOYEE'S PUNCTUALITY RECORD
☐ Poor  ☐ Fair  ☒ Good

REMARKS: Furnish any information which, in addition to that shown above, would be helpful in appraising this employee.

REVIEWED BY: _[signature]_    DATE 10/23/97
EMPLOYEE _Nancy Huskins_    Date 10-23-97

GOVERNMENT
EXHIBIT
3
14-CR-30028