# EMPLOYEE PERFORMANCE EVALUATION

DATE: 10/30/07

NAME: Nancy Hutkins         JOB LOCATION: _____

JOB TITLE: Teller Supervisor    DATE OF LAST EVALUATION: 10/06

Please complete this form carefully and thoroughly. Remember its purpose is to:

- Provide objective criteria for personnel performance evaluations on a standard basis within your organization.
- Compel you to examine *all* of the individual traits affecting employee performance.
- Help you to support your conclusion and recommendation for job classification and compensation improvements.
- Produce fairer evaluations of employees.

**PROCEDURE:**

Pages 2 and 3 describe fifteen personal traits identified with job success or failure. Decide for each, the level at which the employee performed for this rating period. Write the corresponding value number in the rating column. Add the numbers to obtain a total score.

Transfer this total to the rating scale on page 4. This will indicate, and support, your overall opinion of the employee's performance.

Refer back to pages 2 and 3 to comment on the employee's principal strengths and weaknesses. Your comments should be consistent with your rating of individual traits.

Finally, you should describe the employee's reaction to this evaluation, if you discuss it, and make your recommendation for any changes in the employee's job classification or rate of pay.

© 2005 Jandl Productions, PO Box 142, Plainview, NY 11803  Toll Free: (866) 995-2635

GOVERNMENT
EXHIBIT
13
14-CR-30028

| PERSONAL TRAITS | | UNSATISFACTORY<br>0 | SOME DEFICIENCIES EVIDENT<br>1 |
|---|---|---|---|
| KNOWLEDGE | The blending of job-related education, skills and experience | Severely lacking in knowledge. | Noticeable deficiencies in job knowledge. |
| QUANTITY | Level of satisfactory output generated per unit of time. | Usually below acceptable standard. | Barely acceptable level of output. A slow worker. |
| ACCURACY | Absence of errors. | Constantly commits errors. | Error level too high. Needs improvement. |
| JUDGMENT | Capacity to make reasonable decisions. | Frequently makes irrational decisions. Poor judgment. | Too often selects wrong alternative. |
| INNOVATION | Imagination and creativity used to lower costs and improve profits. | Never offers a new procedure or new idea. | Rarely suggests new ideas. |
| APPEARANCE & HABITS | Personal habits, clothing and grooming (evaluation should consider the nature of the job). | Frequently offensive. | Occasionally sloppy appearance or display of offensive habits. |
| ORDERLINESS | Organization of the individual's work and work area. | Usually disorderly and chaotic. | Frequently unorganized or work area in disarray. |
| COURTESY | Respect for feelings of others. Politeness on the job. | Frequently rude. Causes noticeable discomfort to others. | Occasionally impolite to coworkers or others. |
| COOPERATION | Willingness to help others accomplish their objectives. | Usually uncooperative. A "roadblock" to coworkers, customers or suppliers. | Too often uncooperative when faced with reasonable requests for assistance. |
| INITIATIVE | Voluntarily starting projects. Attempting non-routine jobs and tasks. | Shows little initiative. Never volunteers. Sticks closely to job routine. | Shows some initiative. Should do more without having to be told. |
| RELIABILITY | Dependability and trustworthiness. | Not reliable. Often fails to deliver a complete job. | Occasionally leaves routine tasks incomplete. |
| PERSEVERANCE | Steadfast pursuit of job objectives when faced with unexpected obstacles. | Frequently quits when faced with unexpected obstacles. | Is sometimes deterred by obstacles which should be overcome. |
| STABILITY | Even temperament. Acceptance of unavoidable tension and pressure. | Volatile, inconsistent personality. Disrupts work environment. | Occasional display of temper or emotion sufficient to disrupt others and hinder own performance. |
| ATTENDANCE | | Frequent unexcused lateness or absence from work. Very poor attendance record. | Absences or lateness below standards. |
| ALERTNESS | Ability to quickly understand new information and situations. | Very slow to grasp ideas and events. | Usually needs extra instruction. |

| SATISFACTORY<br>2 | EXCEPTIONAL<br>3 | CLEARLY OUTSTANDING<br>4 | INSERT NUMERICAL RATING (0 THROUGH 4) |
|---|---|---|---|
| Understands job routine. Some knowledge still to be acquired. | Completely understands all aspects of the job. | Understands why all job functions are performed and inter-relationship with other jobs. An expert. | 4 |
| Satisfactory. Meets expectations of average output. | Usually exceeds the norm. A fast worker. | Exceptional producer. Generates maximal output. | 4 |
| Makes average number of mistakes. | Very accurate. Commits few errors. | Extremely accurate. Rarely commits an error. | 4 |
| Usually exercises sound judgment. | Above average reasoning ability. Seldom errs in judgment. | Sustains high level of sound judgment. Decisions usually best under circumstances. | 4 |
| Average number of suggestions for improving methods and procedures. | Often suggests beneficial changes and profit/cost improvements. | Very innovative. Constantly offers imaginative suggestions for improving operations. | 4 |
| Usually properly dressed and groomed. Few poor personal habits. | Rarely exhibits poor appearance or offensive habit. | Always properly dressed for the job. Personal habits are never offensive or in poor taste. | 4 |
| Work sufficiently organized to efficiently perform the job. | Highly organized and efficient worker. Few instances of poor performance from lack of order. | Exceptionally precise in organizing work. Has immediate access to anything needed. Extremely efficient. | 4 |
| Observes common courtesies, does not offend. | Very conscientious of other's feelings and rights. Always polite. | Extremely courteous, well mannered and polite. Always considers the comfort and ease of others. | 4 |
| Generally a cooperative person on the job. | Very cooperative. Often offers assistance. Can usually be counted on to help. | Extremely cooperative. Constantly offers aid and always available to help others. | 4 |
| Does not shirk. Voluntarily attempts to solve non-routine job problems as they occur. | Above average. A self starter. Will generally volunteer. | Places highest priority on getting things done. Constantly accepts difficult or unpleasant jobs to achieve goals. | 4 |
| Can be relied on to complete all aspects of job. | Completes work with little supervision. Will complete occasional special projects. | Extremely dependable and trustworthy. Accepts all assignments. Always performs as expected. | 4 |
| Is not stopped by most obstacles, works through them. | Displays sufficient drive to overcome unusually difficult obstacles. | Always displays extreme determination. Will rarely quit until objective is reached. | 4 |
| Even tempered. Absorbs routine pressures of job. | Can tolerate unusual pressure and tension without hindering performance. | Performs consistently and effectively under extreme pressure. Never visibly falters. | 4 |
| Satisfactory attendance record. | Rarely late or absent. | Almost never late or absent. Always accepts overtime work, if offered. | 4 |
| Understands most new ideas and developments without excessive explanation. | Fast learner. Grasps new information quickly. | Extremely bright. Analyzes and understands with minimum of instruction. | 4 |
| | | TOTAL   TO TOP OF PAGE 4 | 60 |

**Summary Score** | 60 TOTAL | (MARK TOTAL NUMERICAL RATING ON SCALE BELOW)

```
|....|....|....|....|....|....|....|....|....|....|....|....|
0              15              30              45             60
UNSATISFACTORY  SOME DEFICIENCIES  SATISFACTORY  EXCEPTIONAL  CLEARLY
                EVIDENT                                       OUTSTANDING
```

Comment on principal strengths: _____

_____

_____

_____

_____

Comment on principal weaknesses and suggestions for improvement: _____

_____

_____

_____

_____

_____

_____

Has this evaluation been discussed with the employee?   ☒ Yes   ☐ No

Comments: _____

_____

_____

_____

_____

_____

_____

Your recommendation for present and future job classification: _____

_____

_____

RATED BY (Name and Title):
_____

APPROVED BY:
*[signature]* K[...], VP
10/30/07

| Completion of this section by employee, is optional, and subject to the policy of your organization. | I have reviewed this evaluation and I completely understand its contents.<br><br>Date 10-30-07   Employee's signature *[signature] Nancy Hughes* |