THE HONORABLE SUE MYERSCOUGH
U.S. DISTRICT JUDGE
319 U.S. COURTHOUSE
600 EAST MONROE
SPRINGFIELD, IL. 62701

RE: NANCY HUSKINS

    My name is Becky Maxey.
I am writing this letter to ask for leniency for Nancy Huskins. Nancy is my mom, she is not only my mom but my best friend as well.  She has always been there for me through every up and down in my life.  She is a wonderful grandmother to my two daughters as well as my 2 year old grandson, they are all very close to her.  My mom has always put her family first, she is our foundation.

    My mom knows what she has done is wrong and she prays for forgiveness from our Lord everyday.  I am asking for leniency for my mom because I couldn't imagine not being able see her and hug her everyday.

    We have a very close family and we could never imagine my mom not being here everyday.

Sincerely,

*Becky Maxey*

Becky Maxey

"Copy to:"

(1) Assistant U.S. Attorney
(2) United States Probation Office
(3) Attorney Daniel Noll