September 22, 2014

Honorable Sue Myerscough;

My name is Roxann Sank. I reside in Lincoln, Illinois and was employed by the Illinois Department of Corrections - Logan Correctional Center for a little over 25 years. I retired from there in July, 2012.

Myself, my husband (Randall Sank) and Shawther Huskins were co-workers at Logan C.C. My husband and I became very close friends with Shawther and his wife, Nancy. Through the past 25 years or so, we have went on many vacations, visited one anothers homes and became close with each others kids and grandkids.

I am aware that Nancy has pled guilty to the charges rendered against her. I am pleading to be please be merciful when imposing sentence on her.

As I stated previously, Nancy and Shawther have been our very good friends for over 20 something years. Nancy is a woman of faith and this is very important to her. At times on vacation, she would seek out a church to attend. She is definitely one of the nicest, sweetest, caring person I have had the pleasure of knowing. She is the type of person that would do anything for anyone and never ask for nothing in return. She is very family oriented and loves her children and grandchildren very much, as they do her. I have never heard anyone state anything negative about this sweet lady.

Please take all of the wonderful traits about Nancy into effect when considering her sentence. She does not in any way fit into the category of inmates I have seen in my career with I.D.O.C.

Sincerely,
Roxanne Sank

CC: Asst. U.S. Attorney
United States Probation Office
Attorney Daniel Noll